918

APPEAL No. 1748. MILTON AND JOAN ISSERLIS *v.* DIRECTOR OF PUBLIC WORKS. Motion of Providence Redevelopment Agency for leave to file a brief as amicus curiae granted. *Abraham Belilove,* for plaintiffs. *Stephen F. Mullen,* for defendant. *Timothy F. McCarthy* as amicus curiae.

July 17, 1972.

M. P. No. 1827. *In re* CENTRAL FALLS LODGE #2, FRATERNAL ORDER OF POLICE. Application for appointment of a third arbitrator heard by Chief Justice Roberts and same granted. John J. Hall appointed as third member and chairman of arbitration board under provisions of G.L. 1956, §28-9.1-8, as amended. *John P. Bourcier,* for petitioners. *James G. O'Malley,* for respondent.

July 21, 1972.

M. P. No. 1776. LOUIS E. LALLO *v.* HENRY L. FEDERICO *et al.* Motion for leave to file petition for writ of certiorari granted without prejudice. Petitions, together with appeals in *Lallo* v. *Federico et al.,* No. 1776-M.P., and *Guarino et al.* v. *Federico et al.,* No. 1805-M.P., are consolidated for hearing. *John F. Lallo, John P. Toscano, Jr.,* for petitioner. *Robert E. Liguori,* Town Solicitor, for respondents.

M. P. No. 1805. EMILIO GUARINO *et al. v.* HENRY FEDERICO *et al.* Motion for leave to file petition for writ of certiorari granted without prejudice. Petitions, together with appeals in *Lallo* v. *Federico et al.,* No. 1776-M.P., and *Guarino et al.* v. *Federico et al.,* No. 1805-M.P. and consolidated for hearing. *Breslin, Sweeney, Reilly & McDonald, David F. Sweeney,* for petitioners. *Robert E. Liguori,* Town Solicitor, for respondents.

Ex. No. 1268. STATE *v.* DAREL R. ENOS. Motion of state to sustain its exceptions granted. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Joseph W. Walsh,* for defendant.